---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **First Class Moving Systems, Inc.** | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

DBA **First Class Companies**
DBA **First Class Global Logistics**
DBA **First Class Commercial Interiors**
DBA **First Class Commercial Services**

**3. Debtor's federal Employer Identification Number** (EIN)

52-2308663

**4. Debtor's address**

Principal place of business

**5431 Beaumont Center Blvd., #1110**
**Tampa, FL 33634**
Number, Street, City, State & ZIP Code

**Hillsborough**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

| Debtor | **First Class Moving Systems, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **First Class Moving Systems, Inc.**                    Case number (*if known*) _____
Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship _____ |
| | District | _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
         Contact name       _____
         Phone              _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **First Class Moving Systems, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on  04/09/2025
            MM / DD / YYYY

X _____          Christopher J. Hunt
Signature of authorized representative of debtor          Printed name

Title  **Vice President**

---

| 18. Signature of attorney | X  **/s/ Scott A. Stichter** | Date | **4.10.2025** |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-0144**      Email address   **sstichter@srbp.com**

**710679 FL**
Bar number and State

Debtor    **First Class Moving Systems, Inc.**                                    Case number (*if known*) _____
     Name

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (*if known*) _____    Chapter    __11__

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Capital Asset Finance, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |
| Debtor | **FC Equipment Leasing, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Commercial Services of Orlando, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Moving of South Florida, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |
| Debtor | **First Class Moving Systems of North Jersey, Inc.** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Divison** | When | Case number, if known | |

1251 Sawgrass, LLC
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

7004 East Broadway LLC
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

A P Murphy Group Inc.
235 Main Street Suite 162
Madison, NJ 07940

A-1 Freeman
11517 N Broadway Ext
Oklahoma City, OK 73114

A-Class Student Movers, LLC
11195 Highway 15
Downsville, LA 71234

Accurate Roadside Service, LLC
4859 Joe Overstreet Road
Kenansville, FL 34739

Ace Moving & Storage
2400 34th Street
Gulfport, MS 39501

Action Pack Installation LLC
15630 NW 28th Court
Miami Gardens, FL 33054

Air Masters of Tampa Bay, Inc.
4830 N Florida Ave
Tampa, FL 33634

Air Van Moving Group
3340 S Denver Way
Boise, ID 83705

Alchemy Global Talent Solutions Ltd
Head Office Unit 1
Freeport Office Village Century Drive
Braintree, Essex CM77 8YG

Alexander's Mobility Services
5 Peters Canyon Rd., Suite 150
Irvine, CA 92606

All American Relocation

5101 Trademark Drive
Raleigh, NC 27610

All American Sleeper Cab Mfg.
5311 N. 40th Street
Tampa, FL 33610

All Furniture Services  LLC
144 Simonson Avenue
Staten Island, NY 10303

Alliance Relocation Services
#854799
PO Box 854799
Minneapolis, MN 55485-4799

Altus Global Trade Solutions
2121 Airline Drive, Suite 520
Metairie, LA 70001

American Express
P.O. Box 30379
Salt Lake City, UT 84130

American Plumbing, Inc.
4361 W Sunrise Blvd
Plantation, FL 33313

American Relocation Connections, LLC
11350 Random Hills Rd, Suite 130
Fairfax, VA 22030

American Relocation Service, Inc.
PO Box 261987
Encino, CA 91426

AmeriMove
145 Four Points Way
Tallahassee, FL 32305

AMJ Campbell Toronto
6140 Vipond Drive
Mississauga, ON L5T 2B2

Andrews Moving and Storage
10235 Philipp Parkway
Streetsboro, OH 44241

Armstrong Supply Chain Solutions
3927 Winchester Road

Memphis, TN 38118

Ascentium
23970 Hwy. 59 N.
Kingwood, TX 77339

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Baker International Insurance Agency
510 E Corporate Dr, Suite 300
Lewisville, TX 75057

Beltmann Integrated Logistics
One Pierce Place, Ste 600W
Itasca, IL 60143

Berger Transfer & Storage
NW 7215; PO Box 1450
Minneapolis, MN 55485-7215

Blocker Transfer & Storage Co.
5181 110th Ave N, Ste A
Clearwater, FL 33760-4817

Boost Transport LLC
PO Box 852
Oakwood, GA 30566

Brother's Pressure Washing LLC
PO Box 153191
Tampa, FL 33684

Budd Van Lines
PO BOX 68066
Newark, NJ 07101-8086

Bush Ross Attorneys At Law
Post Office Box 3913
Tampa, FL 33601-3913

C. Gregory Watts, Esq.
171 Main St.
Flemington, NJ 08822

Capital Asset Finance, Inc.
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

Capitol North American
1780 South Mojave Rd.
Las Vegas, NV 89104

Central Florida Expressway Authority
Violation Enforcement Section
PO Box 585070
Orlando, FL 32858-5070

Chris Lapi Moving Supplies, Inc.
2950 N. Andrews Ave Ext Ste #100
Pompano Beach, FL 33064

Christopher Hunt
27022 Firebush Drive
Wesley Chapel, FL 33544

Christopher J. Hunt
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

CIO Technology Solutions, Inc.
4030 Henderson Blvd #307
Tampa, FL 33629

City of Orlando Parking Division
53 W. Central Blvd.
Orlando, FL 32801-2403

City of Tampa, FL
Payment Processing Center
PO Box 35131
Seattle, WA 98124-5131

Cohen & Grieb, P.A.
Two Urban Centre
4890 West Kennedy Blvd., STE 370
Tampa, FL 33609

Colorado (FAMLI) Dept of Labor
and Employment
PO Box 2330
Denver, CO 33634-2424

Commercial Installations by Ann - Punta
38423 Washington Loop Road
Punta Gorda, FL 33982

Commonwealth of Massachusetts
EZDriveMA Payment Processing Center

PO Box 847840
Boston, MA 02284-7840

Community Moving and Storage
1841 Massaro Blvd
Tampa, FL 33619

Connecticut Dept. of Revenue
P.O. Box 5089
Hartford, CT 06102-5089

Creekstone
100 Ranney Drive
Fairport, NY 14450

Crespo Design Group LLC
3119 W Bay To Bay Blvd.
Tampa, FL 33629

Crespo Design Group, LLC
3119 W Bay To Bay Blvd.
Tampa, FL 33629

Crews Commerce Venture, LLC
c/o Foundry Commercial, LLC
225 N.E. Mizner Blvd., #230
Boca Raton, FL 33432

CT Corporation System, as Rep
330 N. Brand Blvd., #700
Attn: SPRS
Glendale, CA 91203

Cumberland Idealease
333 Plus Blvd
Nashville, TN 37217

D & S Trucking and Trailer LLC
13019 Delwood Road
Tampa, FL 33624

Damage Recovery Unit
PO Box 843369
Kansas City, MO 64184

Debbie Provenzano
17 Red Coat Place
Allentown, NJ 08501

Delaware Department of Transportation

Deleware E-ZPass Payment Center
P.O. Box 697
Dover, DE 19903-0697

Delta Industrial Systems Corporation
1275 Sawgrass Corporate Pkwy
Sunrise, FL 33323

Department of Veterans Affairs
P.O. Box 7005, 003A1B3
Hines, IL 60141

DEX Imaging
PO Box 17299
Clearwater, FL 33762-0299

E-470 Public Highway Authority
PO Box 5470
Denver, CO 80217-5470

Ed Taylor Construction, Inc.
2713 N Falkenburg Road, Suite A
Tampa, FL 33619-0920

EnCon Incorporated Mechanical
& Electrical Contractors
4951 E. Adamo Dr., #126
Tampa, FL 33605

Everon LLC
P.O. Box 219044
Kansas City, MO 64187-9044

Executive Movers Service Inc.
1819 Underwood Blvd, Unit #8
Delran, NJ 08075

EXPAT Government Services
ARCA International, Inc.
PO Box 205583
Dallas, TX 75320-5583

Falgi Carting
156 Baekeland Avenue
Middlesex, NJ 08846

FDOT Turnpike Enterprise
PO Box 310
Ocoee, FL 34761

FedEx
PO Box 660481
Dallas, TX 75266-0481

FedEx Freight
Dept CH PO BOX 10306
Palatine, IL 60055-0306

First Citizens Bank (CIT)
21146 Network Place
Chicago, IL 60673-1211

FleetPride Truck & Trailer Parts
P.O. BOX 281811
Atlanta, GA 30384

Florida Dept of Agriculture & Consumer
Division of Consumer Services Intrastate
PO Box 6700
Tallahassee, FL 32314-6700

Florida Forklift
PO Box 76054
Tampa, FL 33675

Florida Lift Gas
PO Box 89951
Tampa, FL 33689

Florida Rigging & Crane
P.O. Box 680-550
Miami, FL 33168

Foundry Commercial, LLC
3819 Maple Ave.
Dallas, TX 75219

FPL
General Mail Facility
Miami, FL 33188-0001

Frontier Communications
PO BOX 740407
Cincinnati, OH 45274-0407

GlobalTranz Enterprises, LLC
PO Box 203285
Dallas, TX 75320-3285

Gollott & Sons Transfer & Storage, Inc.

P.O. Box 6709
Gulfport, MS 39506-6709

GoodYear Tire & Rubber Co.
11601 47th Street N
Clearwater, FL 33762

Graphics + Design
1111 W Cass Street
Tampa, FL 33606

Great American Financial Svcs
PO Box 660831
Dallas, TX 75266-0831

GSA
GSA Misc Receipts for Non-Federal Claims
PO Box 979009
St Louis, MO 93197-9009

Haig Service Corporation
211 A Route 22 East
Green Brook, NJ 08812

Hillsborough County BOCC
Consumer & Veterans Services
601 E Kennedy Blvd, 18th Floor
Tampa, FL 33602

Hillsborough County Solid Waste
332 N. Falkenburg Road
Tampa, FL 33619

Hillsborough County Tax Collector
PO Box 30012
Tampa, FL 33630-3012

Hoffman Electrical LLC
1909 N 57th St.
Tampa, FL 33619

Hogan Truck Leasing, Inc.
2150 Schuetz Rd, Auite 210
St Louis, MO 63146

Hudson Indemnity, LTD.
Po Box 540
Richfield, OH 44286-0540

Imperial Coin Exchange, LLC

8120 Anderson Rd
Tampa, FL 33634

Interstate Worldwide Relocation Services
5801 Rolling Road
Springfield, VA 22152

Jamie Gragg
c/o Brian D. Gottlieb, Esq.
RTRLaw, LLP
707 N. Franklin St., 8th Floor
Tampa, FL 33602

Johnson Storage & Moving Co. Holdings
7009 S Jordan Rd
Centennial, CO 80112

KForce Inc.
PO Box 277997
Atlanta, GA 30384-7997

Lambert Transfer & Storage
1102B Fox Trail
Opelika, AL 36801

Lee County BOCC
1366 Colonial Blvd
Ft Myers, FL 33907

Liberty Property Limited Partnership
500 Chesterfield Pkwy.
Malvern, PA 19355

Liberty Property Limited Partnership
ID#638121  BU#2251
P.O. Box 828438
Philadelphia, PA 19182-8438

Liquid Creative Studio LLC
602 South Main Street, Suite 1202
Gainesville, FL 32601

Location Services LLC
PO BOX 7879
Carol Stream, IL 60197-7879

Mackie Group
1115 Cardiff Blvd.
Mississauga, ON L5S IL8

Maryland Transportation Authority
P.O. Box 12853
Philadelphia, PA 19176-0853

McLine Studios LLC
600 N Broad St., Suite 5 #3441
Middletown, DE 19709

MegaCorp Logistics LLC
P.O. Box 1050
Wrightsville Beach, NC 28480

MetLife
PO Box 783895
Philadelphia, PA 19178-3895

Mid Florida Material Handling
9856 S. Orange Avenue
Orlando, FL 32824

Milburn Printing
Attn: Janet
120-A Wilbur Place
Bohemia, NY 11716

Move HQ
PO Box 92011
Las Vegas, NV 89193-2011

NC Quick Pass
NC Quick Pass Processing Center
PO Box 100020
Atlanta, GA 30348-0020

New Haven
PO Box 85167
Chicago, IL 60689-5167

Next Gen TMI
130 - 1959 152 Street
Surrey, BC V4A0C4

NYC Department of Finance
Hearing by Mail Unit
PO Box 29021
Brooklyn, NY 11202-9021

OneRelo Worldwide, LLC
1135 South Rock Blvd., Suire #330
Reno, NV 89502

PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254

Packaging Exchange Inc.
330 Mounts Corner Drive, Suite 322
Freehold, NJ 07728

Parking Citations Service - City of Onta
P.O. Box 11923
Santa Ana, CA 92711

Parsifal Corporation
50 Eskelund Drive
Fairfield, ME 04937

Paul W Taylor Co., Inc.
94 New Salem Street
Wakefield, MA 01880

Penske Truck Leasing Co., L.P.
P.O. Box 827380
Philadelphia, PA 19182-7380

Perry Electric, Inc.
1634 S 51st Street
Tampa, FL 33619-5328

Pinellas County Solid Waste Division
3095 114th Ave. N
St Petersburg, FL 33716

Precision Commercial Services, LLC
1360 Boltonfield Street
Columbus, OH 43228

Precision Facility Group LLC
1299 Boltonfield St.
Columbus, OH 43228

ProDrivers - EmployBridge Holding Co.
PO Box 102409
Atlanta, GA 30368-2409

Proshred Security
3702 131st Ave N
Clearwater, FL 33762

Randstad

PO Box 742689
Atlanta, GA 30374-2689

Ray The Mover
1 Allard Drive
Manchester, NH 03102

Regions Bank
P.O. Box 1984
Birmingham, AL 35201

Rentacrate Enterprises, LLC
PO Box 3625
Pittsburgh, PA 15230

Republic Services
PO Box 9001099
Louisville, KY 40290-1099

Ridgewood Estates, LLC
3461 Stephanie Lane
Ellenton, FL 34222

RiverLink
P.O. Box 70
Perry, NY 14530

RP Clean LLC
1408 Sunnyhills Dr
Brandon, FL 33510

S&G Cleaning Services LLC
125 W High Street
Somerville, NJ 08876

Sales Lead Automation
14 Ryewood Circle
Homosassa, FL 34446

Salesforce Tower
P.O. Box 203141
Dallas, TX 75320-3141

Shetler Moving & Storage of Ohio, Inc.
9917 Charter Park Dr.
West Chester, OH 45069

Simonik Moving & Storage, Inc.
and James Simonik
P.O. Box 6949

Bridgewater, NJ 08807

Smurfit Westrock
PO Box 844138
Dallas, TX 75284-4138

Solved by Tanna
PO Box 20434
Tampa, FL 33622

Southern Fire Protection of Orlando, Inc
3801 E. State Road 46
Sanford, FL 32771-9155

Southern States Toyota Lift
115 S 78th St
Tampa, FL 33619

Spectrum Communications & Consulting Inc
475 N. Martingale Road
Suite 800
Schaumburg, IL 60173

Staples
PO BOX 70242
Philadelphia, PA 19176-0242

Stepp's Towing Service, Inc. - Tampa
9602 E. HWY. 92
TAMPA, FL 33610-5928

Suddath Relocation Systems
815 South Main St, Suite 440
Jacksonville, FL 32207

Suncoast Signs
9601 East U.S. Highway 92
Tampa, FL 33610

Suncoast Trucking Compliance, Inc.
757 SE 17th St, #332
Ft Lauderdale, FL 33316

Suncoast Ventures II, LLC
107 El Dorado Parkway West
Cape Coral, FL 33914

Super Marketing Group
1603 Riverside Ave.
St. Charles, IL 60174

Supermove
548 Market St, PMB 18007
San Francisco, CA 94104-5401

TA TIC I Owner, LLC
c/o Arden Group
1600 Market St., #2600
Philadelphia, PA 19103

Tampa Electric
PO Box 31318
Tampa, FL 33631-3318

Terminix
PO Box 802155
Chicago, IL 60680-2131

The Moving Connection
9900 Fallard Court
Upper Marlboro, MD 20772

Thor Middlebrook LLC
25 West 39th Street, 3rd Floor
New York, NY 10018

Toyota Industries Commercial Finance Inc
P.O. Box 9050
Coppell, TX 75019-9050

Tribute Telecom, LLC
701 S Howard Avenue
Suite 106-351
Tampa, FL 33606

U.S. Attorney
Attn: Civil Process Clerk
400 N. Tampa St., #3200
Tampa, FL 33602

U.S. Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

Uline
Attn: AR

Po Box 88741
Chicago, IL 60680-1741

Ultimate Water, LLC
5401 Broken Sound Blvd, Ste 100
Boca Raton, FL 33487

UNIRISC, Inc.
2000 N 14th St., Suite 500
Arlington, VA 22201

United Brokerage Packaging
PO Box 1866
Augusta, GA 30903

United Rentals
PO Box 100711
Atlanta, GA 30384-0711

US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448

Valley National Bank
70 Speedwell Ave.
Morristown, NJ 07960

Valley National Bank
4790 140th Ave. N.
Clearwater, FL 33762

Vanliner Insurance Company
P.O. Box 540
Richfield, OH 44286-0540

Victory Packaging
350 Gills Dr.
Orlando, FL 32824

Violations Processing Center
PO Box 15186
Albany, NY 12212-5186

Viscardo Enterprises
5641 Tughill Drive
Tampa, FL 33624

VisionSpark International, LLC
740 Lakeview Plaza Blvd, Suite 250
Worthington, OH 43085

Von Paris Office Moving
8691 Larkin Road
Savage, MD 20763

Warren Barnett Interiors
13100 Watertown Plank Road
Elm Grove, WI 53122

Waste Management
PO BOX 4648
Carol Stream, IL 60197-4648

Wayne Automatic Fire Sprinklers, Inc.
222 Capitol Court
Ocoee, FL 34761

William Fallon
1927 Sandra Drive
Clearwater, FL 33764

William J. Fallon, IV
5431 Beaumont Center Blvd., #1110
Tampa, FL 33634

Wiring Technologies, Inc.
1015 Sunshine Lane
Altamonte Springs, FL 32714

Worldwide Scrap Metals, Inc.
5605 W. Linebaugh Ave
Tampa, FL 33624

Wright Express
PO Box 4337
Carol Stream, IL 60197-4337

Xpand Staffing
P.O. Box 799
Gloucester, VA 23061

ZoomInfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660